RILEY SAFER HOLMES & CANCILA LLP
Stephen M. Hankins (CSB No. 154886)
shankins@rshc-law.com
David W. Kempen (CSB No. 345980)
dkempen@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551

Attorneys for Defendants
NATIONAL GENERAL MANAGEMENT CORP.

SANI LAW, APC
Sam Sani (CSB No. 273993)
ssani@sanilawfirm.com
595 E. Colorado Blvd., Suite 522
Pasadena, California 91101
Telephone: (310) 935-0405
Facsimile: (31) 935-0409

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY JORGENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL GENERAL MANAGEMENT CORP. and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. 21-cv-02026-JWH-SHK<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |

　　IT IS HEREBY STIPULATED by and between the parties to this action, by and through their designated counsel of record, that the above captioned lawsuit and all causes of action filed by Plaintiff, KATHY JORGENSEN, against Defendant NATIONAL GENERAL MANAGEMENT CORP., be and hereby are, dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

As to these claims, each side is to bear its own costs and attorneys' fees.

   IT IS SO STIPULATED.

June 1, 2023           Respectfully submitted,

              RILEY SAFER HOLMES & CANCILA LLP

              By:   /s/ *Stephen M. Hankins*

               Stephen M. Hankins
               David W. Kempen
               Attorneys for Defendants
               NATIONAL GENERAL MANAGEMENT CORP.

June 1, 2023           Respectfully submitted,

              SANI LAW, APC

              By:   /s/ *Sam Sani*

               Sam Sani
               Attorney for Plaintiff
               KATHY JORGENSEN

**PROOF OF SERVICE**

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 456 Montgomery Street, 16th Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**JOINT STIPULATION AND REQUEST FOR ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**

☑   **BY E-MAIL**: By causing the document(s) listed above to be electronically served in pdf format on the parties indicated below.

SANI LAW, APC
Sam Sani
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
310-935-0405; Fax 310-935-0409
ssani@sanilawfirm.com
frida@sanilawfirm.com

Attorney for Plaintiff Kathy Jorgensen

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 2, 2023, at San Francisco, California.

_____
Mari Gomez